```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Natasha Athens,
d/b/a Favorite Things

    v.                                   Case No. 21-cv-1025-SM

Primmer Piper Eggleston & Cramer PC

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 7, 2021, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The docket reflects premature notices of appeal filed by plaintiff (the case was not dismissed when the notices were filed, and the issuance of a Report and Recommendation by the

magistrate judge is not an order or action subject to interlocutory appeal). Those notices of appeal do not operate to divest this court of jurisdiction over the case pending appeal.

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: December 27, 2021

cc:  Natasha Athens, pro se